

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2018

No. 04-17-00405-CR

The **STATE** of Texas,
Appellant

v.

Callie Mae **MERRITT,**
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6014
Honorable N. Keith Williams, Judge Presiding

## O R D E R

After we granted the Appellee Merritt's first motion for an extension of time to file his brief, the appellee's brief was due on February 1, 2018. Four days after the due date, the appellee filed his second motion for a thirty-day extension of time to file its brief.

The appellee's motion is GRANTED. The appellee's brief is due on March 2, 2018. Any further motion for extension of time to file the State's brief will be strongly disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court